UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN MCGHEE and DENISE MCGHEE,

                      Plaintiffs,                  CASE NO.

vs.

GEOVERA SPECIALTY INSURANCE
COMPANY,

                      Defendant.

_____/

## NOTICE OF REMOVAL

The Defendant, GEOVERA SPECIALTY INSURANCE COMPANY ("GeoVera"), by and through the undersigned counsel, hereby files this Notice of Removal of the above-styled cause pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1446 from the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida in which this action is pending, to the United States District Court, Middle District of Florida, Orlando Division, and in support of the removal would show the Court the following:

1.      This is an action brought by Plaintiffs against Defendant for an alleged breach of contract.

2.      Removal is appropriate under 28 U.S.C. §1332 because complete diversity of citizenship exists between the parties and because the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

3.      The Plaintiffs' Complaint, together with additional record evidence, establishes that this Court has subject matter jurisdiction over this matter.

4.      The Plaintiffs filed this action in State Court as Case No. 2019-CA-057203 with the Eighteenth Judicial Circuit Court of Brevard County, Florida on December 2, 2019. *See Complaint attached hereto as Exhibit "A."*

5.      Defendant was served with the Complaint on February 24, 2020.

6.      The Plaintiffs' Complaint did not allege a specific amount in controversy.

7.      Plaintiffs, at all times material hereto, are/were citizens of Florida, and resided in and/or were domiciled in Brevard County, Florida. *See Complaint ¶ 2.* This lawsuit arises out of alleged damage to Plaintiff's property located at 1614 Highland Court, Cocoa, FL 32922. *See Complaint ¶ 7.*

8.      The Insureds, John McGhee & Denise McGhee, at all times material hereto are/were citizens of Florida, and resided in and/or were domiciled in Brevard County, Florida. *See Exhibit "A."*

9.      At the commencement of this action, at the time of the filing of this Notice of Removal, and at all times relevant hereto, Defendant, GeoVera is/was a California corporation with its principal place of business located in Fairfield, California.

10.     The amount in controversy, exclusive of interest and costs, exceeds $75,000.00 and thus, satisfies the jurisdictional requirements for diversity removal, is based upon documents received from Plaintiffs' counsel on August 15, 2019, prior to the filing of the instant lawsuit. Plaintiffs provided GeoVera, through their attorney, estimates for the cost that Plaintiffs allege to be what is needed to return the Plaintiffs' property to its pre-loss condition. Specifically, Reynaldo Alvarez of Plumbing Diagnostics prepared a plumbing evaluation for the plumbing system at the subject property. Plaintiffs' counsel also submitted a repair estimate in the amount of $94,213.40. *See Affidavit in Support of Removal, attached hereto as Exhibit "B," and corresponding exhibits.*

11.     Defendant seeks removal based upon receipt of Plaintiffs' estimates for the cost of replacement and repair of aspects of the plumbing system on the subject property prior to the filing of the Complaint.

12.     This Notice of Removal is timely filed within thirty days (30) of the Defendant's first knowledge that the case is one which is removable and within one year of the commencement of this action, pursuant to 28 U.S.C. §1446(b).

13.     A copy of this Notice will be timely filed with the Clerk of the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida.

14.     The Defendant files with this Notice, true and correct copies of all pleadings filed in the above-captioned State action.

15.     Written notice of the filing of this Notice of Removal on this date has been given to the Plaintiffs, John McGhee & Denise McGhee, through Plaintiffs' attorney of record, Lisban Romero, Esquire, Marin, Eljaiek, Lopez & Martinez, P.L., 250 N. Orange Ave., Suite 605, Orlando, Florida 32801 and via Mellaw13@mellawyers.com.

16.     The undersigned certifies that the Defendant, GeoVera, has consented to the removal of this action from the Eighteenth Judicial Circuit Court of Brevard County, Florida to the United States District Court, Middle District, Tampa Division.

17.     The undersigned counsel is authorized by GeoVera to file this Notice of Removal, is licensed in the State of Florida, and is a member in good standing of the Bar of this Court.

WHEREFORE, GEOVERA SPECIALTY INSURANCE COMPANY, respectfully requests this Court remove this Pasco County action to this Court pursuant to the provisions of 28 U.S.C. §1441.

Respectfully submitted this 16th day of March, 2020.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and was sent via electronic mail to:

Lisban Romero, Esquire
**Marin, Eljaiek, Lopez & Martinez, P.L.**
250 N. Orange Ave., Suite 605
Orlando, Florida 32801
Mellaw13@mellawyers.com
Eservice@mellawyers.com
*Attorneys for Plaintiffs*

GORDON REES SCULLY MANSUKHANI

*s/Kristina L. Marsh*
Kristina L. Marsh, Esquire
Florida Bar No.: 0311080
Jade A. Craig, Esquire
Florida Bar No.: 121805
Primary: kmarsh@grsm.com
Primary: jcraig@grsm.com
Secondary: tflynn@grsm.com
Secondary: kwarrington@grsm.com
601 S. Harbour Island Blvd., Suite 109
Tampa, FL 33602
Telephone (Main): 813-444-9700
Telephone (Direct): 813-523-4937
Facsimile: 813-377-3505
*Counsel for Defendant, GeoVera Specialty*
*Insurance Company*

JOHN MCGHEE and DENISE MCGHEE,

               Plaintiffs,

v.

GEOVERA SPECIALTY INSURANCE
COMPANY,

               Defendant.

_____/

IN THE CIRCUIT COURT OF THE
18TH JUDICIAL CIRCUIT IN AND FOR
BREVARD COUNTY, FLORIDA

CASE NO.:

## **COMPLAINT**

Plaintiffs, JOHN MCGHEE and DENISE MCGHEE (collectively referred to hereafter as the "Insured"), hereby sue Defendant, GEOVERA SPECIALTY INSURANCE COMPANY (the "Insurance Company"), and allege as follows:

## **PARTIES, JURISDICTION AND VENUE**

1.     This is an action for damages that exceeds Fifteen Thousand and 00/100 Dollars ($15,000.00), exclusive of interest, costs and attorney's fees and equitable relief by way of a Declaratory Judgment action.

2.     The Insured are individuals who at all times material hereto have resided in Brevard County, Florida.

3.     The Insurance Company is a Florida corporation qualified to do business in Florida and has, at all times material hereto, been conducting business in Brevard County, Florida.

4.     Venue is proper in Brevard County, Florida because the contract, which forms the subject matter of this lawsuit, was executed in Brevard County, Florida.

5.     All conditions precedent to the filing of this lawsuit have occurred, have been waived or have been performed.

[3507001/1]

## GENERAL ALLEGATIONS

6.     At all times material hereto, in consideration of a premium paid by the Insured, there was in full force and effect a certain homeowners insurance policy issued by the Insurance Company with a policy number of GC90020302 (the "Policy").  A true and correct copy of policy is attached hereto as Exhibit "**A**".

7.     Accordingly, under the terms of the Policy, the Insurance Company agreed to provide insurance coverage to the Insured's property against certain losses.  The damaged property is located at 1614 Highland Ct, Cocoa, FL 32922 (the "Property").

8.     On or about April 6, 2019, while the Policy was in full force and effect, the Property sustained a covered loss as a result of sudden and accidental failure of plumbing system (the "Loss").

9.     The Insurance Company assigned claim number FG19010534 to the Loss.

10.     Subsequently, on or about August 21, 2019, the Insurance Company informed the Insured that it was denying coverage for the Loss on the basis that it was not covered by the Policy. However, after diligent inspection of the Loss, it was obvious that the Property sustained damage, which the Insurance Company agreed to provide coverage for under the terms of the Policy.

11.     As of the date of the filing of this lawsuit, the Insurance Company has failed to: (i) acknowledge that payment would be forthcoming; and/or (ii) make any payment of insurance proceeds to the Insured. As a result of the foregoing, the Insurance Company has breached the Policy.

12.     The Insured have suffered and continue to suffer damages resulting from Insurance Company's breach of the Policy.

[3507001/1]

13.     The Insured have been obligated to retain the undersigned attorneys for the prosecution of this action and are entitled to a reasonable attorney's fee pursuant to Florida Statute Section 627.428.

## COUNT I
## BREACH OF CONTRACT

14.     The Insured reincorporate paragraphs 1 through 13 as if fully set forth herein.

15.     It is undisputed that the Insured and the Insurance Company entered into a written contract, the Policy, wherein the Insured agreed to pay a premium and the Insurance Company agreed to insure the Insured's Property.

16.     The Insured have paid all premiums due and owing as contemplated by the Policy; thus, fully performing their obligations under the Policy.

17.     The Insured's Property sustained damage which the Insurance Company agreed to provide coverage for under the terms of the Policy.

18.     Furthermore, at all times material hereto, the Insured have satisfied all post-loss obligations to the best of their ability in accordance with the Policy.

19.     In contrast, the Insurance Company has failed to: (i) acknowledge coverage for the Loss; and/or (ii) acknowledge that payment would be forthcoming; and/or (iii) make any payment of insurance proceeds to the Insured. As a result of the foregoing, the Insurance Company has breached the Policy.

20.     As a direct and proximate result of the Insurance Company's breach of the Policy, the Insured have sustained damages.

WHEREFORE, the Insured respectfully request that this Court enter judgment against the Insurance Company for damages, plus interest, court costs and reasonable attorney's fees pursuant

[3507001/1]

to Section 627.428, Florida Statutes.

## COUNT II
## DECLARATORY JUDGMENT

21. The Insured reincorporate paragraphs 1 through 13 as if fully set forth herein.

22. There is a bona fide, actual, present, adverse, and practical need for this Court to render a declaration as to whether the Policy issued by Insurer to Insured provides coverage to Insured for the Loss.

23. There is doubt between the Insured and Insurer regarding coverage of the loss which affects the rights and/or privileges of the Parties.

24. This declaration deals with a present controversy as to the application of the law to facts regarding the insurance coverage available to Insured for the Loss.

25. By filing this declaratory judgment action, the Insured are not requesting that the Court merely provide legal advice or answer questions propounded from curiosity.

26. Based upon the foregoing, the Insured are entitled to a declaratory judgment, holding that coverage does exist for the Loss; thus removing any doubt that exists between the Parties.

27. Pursuant to Section 86.081, Florida Statues, the Insured are entitled to costs.

WHEREFORE, the Insured respectfully seek the entry of a declaratory judgment against the Insurer holding that the Loss is covered under the Policy, plus costs and attorney fees for bringing this action and such other relief as the Court deems just and proper.

[3507001/1]

## JURY TRIAL DEMAND

Plaintiffs hereby demand a trial by jury on all issues so triable.

Dated this 2nd day of December 2019.


**Respectfully submitted,**


**Marin, Eljaiek, Lopez & Martinez P.L.**
Counsel for the Insured
250 N Orange Avenue Suite 605
Orlando, Florida 32801
Telephone No. (407) 751-1370
Facsimile No. (305) 444-1939
Email:Mellaw13@mellawyers.com
Secondary Email: Eservice@mellawyers.com

By: */s/ Lisban Romero*_____
Lisban Romero, Esq.
 Florida Bar No. 1000401

IN THE CICUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA
CIVIL DIVISION

JOHN MCGHEE and DENISE MCGHEE,

                Plaintiffs,             CASE NO. 2019-CA-057203

vs.

GEOVERA SPECIALTY INSURANCE
COMPANY,

                Defendant.

_____ /

## AFFIDAVIT OF JOSEPH BELTON II

STATE OF FLORIDA

COUNTY OF LEON

      BEFORE ME, the undersigned authority, personally appeared JOSEPH BELTON II, who, being duly sworn, deposes and says:

      1.     My name is JOSEPH BELTON II.  I am at least 18 years of age and have personal knowledge regarding all that is contained herein and swear that all is true and accurate to the best of my knowledge.

      2.     I am employed as a Claims Manager for GeoVera Advantage Insurance Services, Inc.

      3.     GeoVera Specialty Insurance Company manages its claims using the services of its in-house claim department, GeoVera Advantage Insurance Services, Inc.

      4.     GeoVera Specialty Insurance Company is a foreign corporation duly licensed to transact insurance business in the State of Florida, pursuant to the Surplus Lines Law contained in Chapter 626, Florida Statutes, with its principal place of business located in Fairfield, California.

5.      GeoVera Specialty Insurance Company ("GeoVera") issued a policy of insurance ("Policy"), Policy No. GC90020302, to John McGhee and Denise McGhee which provided insurance coverage for property located at 1614 Highland Court, Cocoa, FL 32922 ("subject property").

6.      The effective dates of the Policy are February 28, 2019 through February 28, 2020.

7.      The applicable Policy referenced in paragraph 6 of Plaintiffs' Complaint provides for the following coverage limits:

| Coverage A | Dwelling | $123,000.00 |
| Coverage B | Other Structures | $ 2,460.00 |
| Coverage C | Personal Property | $ 18,450.00 |
| Coverage D | Loss of Use | $ 24,600.00 |

8.      The Plaintiffs are citizens of Florida, and reside in and/or are domiciled at 1614 Highland Court, Cocoa, FL 32922. *See Plaintiff's Complaint,* ¶ *2.*

9.      On or about April 6, 2019, the subject property was alleged to have been damaged "as a result of [the] sudden and accidental failure of [the] plumbing system." *See Plaintiffs' Complaint,* ¶ *8.*

10.    On or about December 2, 2019, Plaintiffs filed a Complaint against GeoVera.

11.    On or about February 24, 2020, Plaintiffs' Complaint was served on GeoVera.

12.    Plaintiffs' Complaint did not specify the amount in dispute in their Complaint.

13.    Notwithstanding, prior to initiating the instant lawsuit, on or about August 15, 2019, Plaintiffs provided GeoVera, through their attorney, estimates for the cost that Plaintiffs allege to be what is needed to return the Plaintiffs' property to its pre-loss condition. Specifically, Reynaldo Alvarez of Plumbing Diagnostics prepared a plumbing evaluation for the plumbing system at the subject property. In addition, Plaintiffs' counsel submitted a repair estimate in the amount of

$94,213.40. *See Plumbing Diagnostics' evaluation and estimate for repairs attached hereto as Composite Exhibit "A."*

14.    For the reasons set forth herein, the amount in controversy, exclusive of interest and costs, is in excess of Seventy-five Thousand Dollars and 00/100 cents ($75,000.00).

15.    GeoVera does not, by making this Affidavit or otherwise, waive, nor does it intend to waive, any of the terms, conditions, provisions, limitations or exclusions of the applicable policy of insurance; further, by making this Affidavit, GeoVera is not waiving, nor does it intend to waive any of its rights or defenses under applicable law.


FURTHER AFFIANT SAYETH NOT.

JOSEPH BELTON II


The foregoing instrument was acknowledged before me this _16th_ day of _March_, 2020, by JOSEPH BELTON II who is personally known to me and who did take an oath.



RESHANDA LEWIS DONALDSON
Notary Public - State of Florida
Commission # GG 960558
My Comm. Expires Feb 20, 2024
Bonded through National Notary Assn.

Notary Public

Print Name: _Reshanda Donaldson_

My Commission Expires: 2-20-2024

Insured:    John & Denise Mcgee
Property:    1614 Highland Court
Cocoa, FL 32922

**Claim Number:** TBA           **Policy Number:** GC90020302           **Type of Loss:** Water Damage

Date of Loss:    4/5/2019 12:00 AM         Date Received:
Date Inspected:                         Date Entered:     4/24/2019 5:50 PM

Price List:    FLMI8X_SEP18
Restoration/Service/Remodel
Estimate:    MEL-MCGEE-WDBU

THE FOLLOWING ESTIMATE IS BASED UPON THE AVAILABLE INFORMATION AT THE TIME OF OUR INSPECTION AND UNTIL IT WAS WRITTEN. WE EXPRESSLY RESERVE THE RIGHT TO CHANGE, ALTER, INCREASE OR DECREASE THE ESTIMATE AS NECESSARY AND IN ORDER TO PROVIDE AN ACURATE SCOPE OF REPAIRS.

**MEL-MCGEE-WDBU**

**Main Level**



**Kitchen**                                                                                                  **Height: 8'**

| | |
|---|---|
| 238.00 SF Walls | 110.49 SF Ceiling |
| 348.49 SF Walls & Ceiling | 110.49 SF Floor |
| 12.28 SY Flooring | 29.75 LF Floor Perimeter |
| 29.75 LF Ceil. Perimeter | |

**Missing Wall**                    **15' 5" X 8'**                    **Opens into ROOM9**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **CEILING ITEMS** | | | | | | | |
| 1.  Clean the ceiling | 110.49 SF | 0.40 | 0.08 | 8.86 | 53.14 | (0.00) | 53.14 |
| 2.  Mask wall - plastic, paper, tape (per LF) | 29.75 LF | 1.12 | 0.48 | 6.76 | 40.56 | (0.00) | 40.56 |
| To mask ceiling/wall perimeter for painting | | | | | | | |
| **WALL ITEMS** | | | | | | | |
| 3.  R&R Angle stop valve | 2.00 EA | 37.01 | 1.01 | 15.00 | 90.03 | (0.00) | 90.03 |
| 4.  R&R P-trap assembly - ABS (plastic) | 1.00 EA | 63.20 | 0.42 | 12.72 | 76.34 | (0.00) | 76.34 |
| 5.  Cabinet knobs or pulls - Detach & reset | 1.00 EA | 2.20 | 0.00 | 0.44 | 2.64 | (0.00) | 2.64 |
| 6.  R&R Cabinetry - lower (base) units * | 14.00 LF | 209.40 | 163.84 | 619.08 | 3,714.52 | (0.00) | 3,714.52 |
| 7.  R&R Cabinetry - upper (wall) units * | 8.50 LF | 178.34 | 75.45 | 318.28 | 1,909.62 | (0.00) | 1,909.62 |
| 8.  R&R Countertop - Granite * | 0.00 SF | 81.56 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| 9.  R&R Backsplash * | 0.00 SF | 7.18 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| 10.  R&R Cabinet panels - side, end, or back * | 0.00 SF | 22.34 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| 11.  Open and close slab for plumbing work | 1.00 EA | 1,588.86 | 3.65 | 318.52 | 1,911.03 | (0.00) | 1,911.03 |
| 12.  Concrete CY - Minimum charge | 1.00 EA | 569.29 | 24.58 | 118.78 | 712.65 | (0.00) | 712.65 |
| 13.  R&R Reflective multi-layer foil insulation - R-7+ | 238.00 SF | 1.10 | 9.66 | 54.30 | 325.76 | (0.00) | 325.76 |
| 14.  Plumber - per hour | 1.00 HR | 112.00 | 0.00 | 22.40 | 134.40 | (0.00) | 134.40 |
| 15.  R&R Plumbing fixture supply line | 2.00 EA | 22.97 | 0.78 | 9.34 | 56.06 | (0.00) | 56.06 |
| 16.  R&R Sink - double | 1.00 EA | 369.27 | 17.01 | 77.26 | 463.54 | (0.00) | 463.54 |
| 17.  Range - electric - Remove & reset | 1.00 EA | 32.15 | 0.00 | 6.44 | 38.59 | (0.00) | 38.59 |
| 18.  Refrigerator - Remove & reset | 1.00 EA | 32.15 | 0.00 | 6.44 | 38.59 | (0.00) | 38.59 |
| 19.  R&R Microwave oven - over range w/built-in hood | 1.00 EA | 456.88 | 19.29 | 95.24 | 571.41 | (0.00) | 571.41 |
| 20.  Clean the walls | 238.00 SF | 0.40 | 0.17 | 19.08 | 114.45 | (0.00) | 114.45 |
| 21.  Seal the walls w/latex based stain blocker - one coat | 238.00 SF | 0.68 | 1.17 | 32.60 | 195.61 | (0.00) | 195.61 |
| 22.  Paint the walls - two coats | 238.00 SF | 1.37 | 3.17 | 65.86 | 395.09 | (0.00) | 395.09 |
| 23.  Texture drywall - smooth / skim coat | 238.00 SF | 1.10 | 1.83 | 52.72 | 316.35 | (0.00) | 316.35 |
| 24.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | 28.90 | 0.27 | 5.84 | 35.01 | (0.00) | 35.01 |
| 25.  R&R Cut drywall per LF - up to 2' tall* | 29.75 LF | 10.07 | 2.19 | 60.36 | 362.13 | (0.00) | 362.13 |
| 26.  R&R Baseboard - 4"* | 29.75 LF | 6.09 | 7.37 | 37.72 | 226.27 | (0.00) | 226.27 |

MEL-MCGEE-WDBU

EXHIBIT "A"

**CONTINUED - Kitchen**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 27. Seal & paint baseboard - two coats | 29.75 LF | 1.40 | 0.21 | 8.38 | 50.24 | (0.00) | 50.24 |
| **FLOOR ITEMS** | | | | | | | |
| 28. Floor protection - cloth - skid resistant, breathable | 110.49 SF | 1.01 | 4.02 | 23.12 | 138.73 | (0.00) | 138.73 |
| 29. R&R Tile floor covering* | 110.49 SF | 11.68 | 44.24 | 266.94 | 1,601.70 | (21.28) | 1,580.42 |
| 30. Floor leveling cement * | 110.49 SF | 2.35 | 11.06 | 54.16 | 324.87 | (0.00) | 324.87 |
| 31. Remove Additional labor to remove tile from concrete slab | 110.49 SF | 1.71 | 0.00 | 37.78 | 226.72 | (0.00) | 226.72 |
| **GENERAL ITEMS** | | | | | | | |
| 32. Electrician - per hour | 2.00 HR | 78.13 | 0.00 | 31.26 | 187.52 | (0.00) | 187.52 |
| Technician to remove and reinstall electrical items/components/fixtures. | | | | | | | |
| 33. Plumber - per hour | 8.00 HR | 112.00 | 0.00 | 179.20 | 1,075.20 | (0.00) | 1,075.20 |
| 34. Install Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 13.08 | 0.00 | 2.62 | 15.70 | (0.00) | 15.70 |
| 35. Clean register - heat / AC | 1.00 EA | 4.17 | 0.00 | 0.84 | 5.01 | (0.00) | 5.01 |
| 36. On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 4.00 HR | 32.46 | 3.12 | 25.96 | 158.92 | (0.00) | 158.92 |
| 37. Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 32.89 | 0.00 | 13.16 | 78.94 | (0.00) | 78.94 |
| **Totals: Kitchen** | | | **395.07** | **2,607.46** | **15,647.34** | **21.28** | **15,626.06** |



| **Hallway** | | | **Height: 8'** |
|---|---|---|---|
| 374.00 SF Walls | | 108.50 SF Ceiling | |
| 482.50 SF Walls & Ceiling | | 108.50 SF Floor | |
| 12.06 SY Flooring | | 46.75 LF Floor Perimeter | |
| 46.75 LF Ceil. Perimeter | | | |

**Missing Wall**        **5' 3" X 8'**        **Opens into ROOM9**

| **Subroom: Offset (1)** | | | **Height: 8'** |
|---|---|---|---|
| 65.33 SF Walls | | 4.13 SF Ceiling | |
| 69.46 SF Walls & Ceiling | | 4.13 SF Floor | |
| 0.46 SY Flooring | | 8.17 LF Floor Perimeter | |
| 8.17 LF Ceil. Perimeter | | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **WALL ITEMS** | | | | | | | |

EXHIBIT "A"

**CONTINUED - Hallway**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 38.  Clean the walls | 439.33 SF | 0.40 | 0.31 | 35.20 | 211.24 | (0.00) | 211.24 |
| 39.  Seal the walls w/latex based stain blocker - one coat | 439.33 SF | 0.68 | 2.15 | 60.18 | 361.07 | (0.00) | 361.07 |
| 40.  Paint the walls - two coats | 439.33 SF | 1.37 | 5.84 | 121.54 | 729.26 | (0.00) | 729.26 |
| 41.  Texture drywall - smooth / skim coat | 439.33 SF | 1.10 | 3.38 | 97.34 | 583.98 | (0.00) | 583.98 |
| 42.  Door opening trim - Detach & reset | 4.00 EA | 108.03 | 0.14 | 86.44 | 518.70 | (0.00) | 518.70 |
| 43.  Paint door/window trim & jamb - 2 coats (per side) | 4.00 EA | 28.90 | 1.07 | 23.34 | 140.01 | (0.00) | 140.01 |
| 44.  Bifold door - (2 slabs only) - Single - Detach & reset | 1.00 EA | 17.42 | 0.00 | 3.48 | 20.90 | (0.00) | 20.90 |
| 45.  Paint bifold door set - slab only - 2 coats (per side) | 1.00 EA | 45.33 | 0.89 | 9.24 | 55.46 | (0.00) | 55.46 |
| 46.  R&R Baseboard - 4"* | 54.92 LF | 6.09 | 13.61 | 69.62 | 417.69 | (0.00) | 417.69 |
| 47.  Seal & paint baseboard - two coats | 54.92 LF | 1.40 | 0.38 | 15.46 | 92.73 | (0.00) | 92.73 |
| **FLOOR ITEMS** | | | | | | | |
| 48.  Floor protection - cloth - skid resistant, breathable | 112.63 SF | 1.01 | 4.10 | 23.58 | 141.44 | (0.00) | 141.44 |
| 49.  R&R Tile floor covering* | 112.63 SF | 11.68 | 45.10 | 272.12 | 1,632.73 | (21.69) | 1,611.04 |
| 50.  Floor leveling cement * | 112.63 SF | 2.35 | 11.27 | 55.20 | 331.15 | (0.00) | 331.15 |
| 51.  Remove Additional labor to remove tile from concrete slab | 112.63 SF | 1.71 | 0.00 | 38.52 | 231.12 | (0.00) | 231.12 |
| **GENERAL ITEMS** | | | | | | | |
| 52.  Electrician - per hour | 2.00 HR | 78.13 | 0.00 | 31.26 | 187.52 | (0.00) | 187.52 |
| Technician to remove and reinstall electrical items/components/fixtures. | | | | | | | |
| 53.  Install Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 13.08 | 0.00 | 2.62 | 15.70 | (0.00) | 15.70 |
| 54.  Clean register - heat / AC | 1.00 EA | 4.17 | 0.00 | 0.84 | 5.01 | (0.00) | 5.01 |
| 55.  On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 4.00 HR | 32.46 | 3.12 | 25.96 | 158.92 | (0.00) | 158.92 |
| **Totals:  Hallway** | | | **91.36** | **971.94** | **5,834.63** | **21.69** | **5,812.94** |



**Hallway Bathroom**                                                                 **Height: 8'**

| | |
|---|---|
| 237.33 SF Walls | 49.17 SF Ceiling |
| 286.50 SF Walls & Ceiling | 49.17 SF Floor |
| 5.46 SY Flooring | 29.67 LF Floor Perimeter |
| 29.67 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **CEILING ITEMS** | | | | | | | |

MEL-MCGEE-WDBU

**CONTINUED - Hallway Bathroom**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 56. Clean the ceiling | 49.17 SF | 0.40 | 0.03 | 3.94 | 23.64 | (0.00) | 23.64 |
| 57. Mask wall - plastic, paper, tape (per LF) | 29.67 LF | 1.12 | 0.48 | 6.74 | 40.45 | (0.00) | 40.45 |
| To mask ceiling/wall perimeter for painting | | | | | | | |
| **WALL ITEMS** | | | | | | | |
| 58. Clean part of the walls | 142.40 SF | 0.40 | 0.10 | 11.42 | 68.48 | (0.00) | 68.48 |
| 59. Seal part of the walls w/latex based stain blocker - one coat | 142.40 SF | 0.68 | 0.70 | 19.50 | 117.03 | (0.00) | 117.03 |
| 60. Paint part of the walls - two coats | 142.40 SF | 1.37 | 1.89 | 39.40 | 236.38 | (0.00) | 236.38 |
| 61. Texture drywall - smooth / skim coat | 142.40 SF | 1.10 | 1.10 | 31.54 | 189.28 | (0.00) | 189.28 |
| 62. Interior door - Detach & reset | 1.00 EA | 70.30 | 0.06 | 14.08 | 84.44 | (0.00) | 84.44 |
| 63. Door opening trim - Detach & reset | 1.00 EA | 108.03 | 0.03 | 21.60 | 129.66 | (0.00) | 129.66 |
| 64. Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | 28.90 | 0.27 | 5.84 | 35.01 | (0.00) | 35.01 |
| 65. Paint door slab only - 2 coats (per side) | 1.00 EA | 34.20 | 0.45 | 6.94 | 41.59 | (0.00) | 41.59 |
| 66. R&R Baseboard - 4"* | 29.67 LF | 4.05 | 3.78 | 24.80 | 148.74 | (0.00) | 148.74 |
| 67. Seal & paint baseboard - two coats | 29.67 LF | 1.40 | 0.21 | 8.34 | 50.09 | (0.00) | 50.09 |
| 68. R&R P-trap assembly - ABS (plastic) | 1.00 EA | 63.18 | 0.42 | 12.72 | 76.32 | (0.00) | 76.32 |
| 69. R&R Tile shower - 101 to 120 SF | 1.00 EA | 1,670.25 | 46.65 | 343.38 | 2,060.28 | (0.00) | 2,060.28 |
| 70. R&R Pedestal sink | 1.00 EA | 486.09 | 17.89 | 100.80 | 604.78 | (0.00) | 604.78 |
| 71. R&R Mirror - 1/4" plate glass | 16.00 SF | 12.94 | 8.80 | 43.18 | 259.02 | (0.00) | 259.02 |
| 72. R&R Bathtub * | 1.00 EA | 1,565.61 | 75.72 | 328.26 | 1,969.59 | (0.00) | 1,969.59 |
| 73. Shower curtain rod - Detach & reset | 1.00 EA | 15.37 | 0.00 | 3.08 | 18.45 | (0.00) | 18.45 |
| 74. Toilet paper holder - Detach & reset | 1.00 EA | 17.07 | 0.00 | 3.42 | 20.49 | (0.00) | 20.49 |
| 75. Toilet - Detach & reset | 1.00 EA | 223.48 | 0.39 | 44.78 | 268.65 | (0.00) | 268.65 |
| **FLOOR ITEMS** | | | | | | | |
| 76. Floor protection - cloth - skid resistant, breathable | 49.17 SF | 1.01 | 1.79 | 10.30 | 61.75 | (0.00) | 61.75 |
| 77. R&R Tile floor covering* | 49.17 SF | 11.68 | 19.69 | 118.80 | 712.80 | (9.47) | 703.33 |
| 78. Floor leveling cement * | 49.17 SF | 2.35 | 4.92 | 24.10 | 144.57 | (0.00) | 144.57 |
| 79. Remove Additional labor to remove tile from concrete slab | 49.17 SF | 1.71 | 0.00 | 16.82 | 100.90 | (0.00) | 100.90 |
| **GENERAL ITEMS** | | | | | | | |
| 80. Electrician - per hour | 2.00 HR | 78.13 | 0.00 | 31.26 | 187.52 | (0.00) | 187.52 |
| Technician to remove and reinstall electrical items/components/fixtures. | | | | | | | |
| 81. Plumber - per hour | 8.00 HR | 112.00 | 0.00 | 179.20 | 1,075.20 | (0.00) | 1,075.20 |
| 82. Concrete CY - Minimum charge | 1.00 EA | 569.29 | 24.58 | 118.78 | 712.65 | (0.00) | 712.65 |
| 83. Install Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 13.08 | 0.00 | 2.62 | 15.70 | (0.00) | 15.70 |
| 84. Clean register - heat / AC | 1.00 EA | 4.17 | 0.00 | 0.84 | 5.01 | (0.00) | 5.01 |
| 85. On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 4.00 HR | 32.46 | 3.12 | 25.96 | 158.92 | (0.00) | 158.92 |
| 86. Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 32.89 | 0.00 | 6.58 | 39.47 | (0.00) | 39.47 |

EXHIBIT "A"

**CONTINUED - Hallway Bathroom**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Hallway Bathroom** | | | 213.07 | 1,609.02 | 9,656.86 | 9.47 | 9,647.39 |



### Bedroom 1                                                                 Height: 8'

| | |
|---|---|
| 365.33 SF Walls | 127.83 SF Ceiling |
| 493.17 SF Walls & Ceiling | 127.83 SF Floor |
| 14.20 SY Flooring | 45.67 LF Floor Perimeter |
| 45.67 LF Ceil. Perimeter | |



### Subroom:  Closet (1)                                                      Height: 8'

| | |
|---|---|
| 145.33 SF Walls | 13.29 SF Ceiling |
| 158.63 SF Walls & Ceiling | 13.29 SF Floor |
| 1.48 SY Flooring | 18.17 LF Floor Perimeter |
| 18.17 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **WALL ITEMS** | | | | | | | |
| 87. Clean the walls | 510.67 SF | 0.40 | 0.36 | 40.94 | 245.57 | (0.00) | 245.57 |
| 88. Seal the walls w/latex based stain blocker - one coat | 510.67 SF | 0.68 | 2.50 | 69.96 | 419.72 | (0.00) | 419.72 |
| 89. Paint the walls - two coats | 510.67 SF | 1.37 | 6.79 | 141.28 | 847.69 | (0.00) | 847.69 |
| 90. Texture drywall - smooth / skim coat | 510.67 SF | 1.10 | 3.93 | 113.12 | 678.79 | (0.00) | 678.79 |
| 91. Door opening trim - Detach & reset | 1.00 EA | 108.03 | 0.03 | 21.60 | 129.66 | (0.00) | 129.66 |
| 92. Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | 28.90 | 0.27 | 5.84 | 35.01 | (0.00) | 35.01 |
| 93. Bifold door - (2 slabs only) - Single - Detach & reset | 1.00 EA | 17.42 | 0.00 | 3.48 | 20.90 | (0.00) | 20.90 |
| 94. Paint bifold door set - slab only - 2 coats (per side) | 1.00 EA | 45.33 | 0.89 | 9.24 | 55.46 | (0.00) | 55.46 |
| 95. R&R Baseboard - 4"* | 63.83 LF | 6.09 | 15.82 | 80.92 | 485.47 | (0.00) | 485.47 |
| 96. Seal & paint baseboard - two coats | 63.83 LF | 1.40 | 0.45 | 17.98 | 107.79 | (0.00) | 107.79 |
| **FLOOR ITEMS** | | | | | | | |
| 97. Floor protection - cloth - skid resistant, breathable | 141.13 SF | 1.01 | 5.14 | 29.52 | 177.20 | (0.00) | 177.20 |
| 98. R&R Tile floor covering* | 141.13 SF | 11.68 | 56.51 | 340.98 | 2,045.89 | (27.18) | 2,018.71 |
| 99. Floor leveling cement * | 141.13 SF | 2.35 | 14.13 | 69.16 | 414.95 | (0.00) | 414.95 |
| 100. Remove Additional labor to remove tile from concrete slab | 141.13 SF | 1.71 | 0.00 | 48.26 | 289.59 | (0.00) | 289.59 |

EXHIBIT "A"

**CONTINUED - Bedroom 1**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **GENERAL ITEMS** | | | | | | | |
| 101. Electrician - per hour | 2.00 HR | 78.13 | 0.00 | 31.26 | 187.52 | (0.00) | 187.52 |
| Technician to remove and reinstall electrical items/components/fixtures. | | | | | | | |
| 102. Install Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 13.08 | 0.00 | 2.62 | 15.70 | (0.00) | 15.70 |
| 103. Clean register - heat / AC | 1.00 EA | 4.17 | 0.00 | 0.84 | 5.01 | (0.00) | 5.01 |
| 104. On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 4.00 HR | 32.46 | 3.12 | 25.96 | 158.92 | (0.00) | 158.92 |
| 105. Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 32.89 | 0.00 | 6.58 | 39.47 | (0.00) | 39.47 |
| **Totals: Bedroom 1** | | | **109.94** | **1,059.54** | **6,360.31** | **27.18** | **6,333.13** |



**TV Room**                                                      **Height: 8'**

| 644.00 SF Walls | 383.50 SF Ceiling |
|---|---|
| 1027.50 SF Walls & Ceiling | 383.50 SF Floor |
| 42.61 SY Flooring | 80.50 LF Floor Perimeter |
| 80.50 LF Ceil. Perimeter | |

**Subroom: Closet (1)**                                             **Height: 8'**

| 124.00 SF Walls | 11.18 SF Ceiling |
|---|---|
| 135.18 SF Walls & Ceiling | 11.18 SF Floor |
| 1.24 SY Flooring | 15.50 LF Floor Perimeter |
| 15.50 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **WALL ITEMS** | | | | | | | |
| 106. Clean the walls | 768.00 SF | 0.40 | 0.54 | 61.54 | 369.28 | (0.00) | 369.28 |
| 107. Seal the walls w/latex based stain blocker - one coat | 768.00 SF | 0.68 | 3.76 | 105.20 | 631.20 | (0.00) | 631.20 |
| 108. Paint the walls - two coats | 768.00 SF | 1.37 | 10.21 | 212.48 | 1,274.85 | (0.00) | 1,274.85 |
| 109. Texture drywall - smooth / skim coat | 768.00 SF | 1.10 | 5.91 | 170.14 | 1,020.85 | (0.00) | 1,020.85 |
| 110. Door opening trim - Detach & reset | 1.00 EA | 108.03 | 0.03 | 21.60 | 129.66 | (0.00) | 129.66 |
| 111. Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | 28.90 | 0.27 | 5.84 | 35.01 | (0.00) | 35.01 |
| 112. Bifold door - (2 slabs only) - Single - Detach & reset | 1.00 EA | 17.42 | 0.00 | 3.48 | 20.90 | (0.00) | 20.90 |

MEL-MCGEE-WDBU                                                    8/6/2019       Page: 7

**CONTINUED - TV Room**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 113.  Paint bifold door set - slab only - 2 coats (per side) | 1.00 EA | 45.33 | 0.89 | 9.24 | 55.46 | (0.00) | 55.46 |
| 114.  R&R Baseboard - 4"* | 96.00 LF | 6.09 | 23.79 | 121.68 | 730.11 | (0.00) | 730.11 |
| 115.  Seal & paint baseboard - two coats | 96.00 LF | 1.40 | 0.67 | 27.02 | 162.09 | (0.00) | 162.09 |
| **FLOOR ITEMS** | | | | | | | |
| 116.  Floor protection - cloth - skid resistant, breathable | 394.68 SF | 1.01 | 14.37 | 82.60 | 495.60 | (0.00) | 495.60 |
| 117.  R&R Tile floor covering* | 394.68 SF | 11.68 | 158.03 | 953.58 | 5,721.48 | (76.02) | 5,645.46 |
| 118.  Floor leveling cement * | 394.68 SF | 2.35 | 39.51 | 193.40 | 1,160.41 | (0.00) | 1,160.41 |
| 119.  Remove Additional labor to remove tile from concrete slab | 394.68 SF | 1.71 | 0.00 | 134.98 | 809.88 | (0.00) | 809.88 |
| **GENERAL ITEMS** | | | | | | | |
| 120.  Electrician - per hour | 2.00 HR | 78.13 | 0.00 | 31.26 | 187.52 | (0.00) | 187.52 |
| Technician to remove and reinstall electrical items/components/fixtures. | | | | | | | |
| 121.  Install Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 13.08 | 0.00 | 2.62 | 15.70 | (0.00) | 15.70 |
| 122.  Clean register - heat / AC | 1.00 EA | 4.17 | 0.00 | 0.84 | 5.01 | (0.00) | 5.01 |
| 123.  On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 4.00 HR | 32.46 | 3.12 | 25.96 | 158.92 | (0.00) | 158.92 |
| 124.  Window blind - horizontal or vertical - Detach & reset | 3.00 EA | 32.89 | 0.00 | 19.74 | 118.41 | (0.00) | 118.41 |
| **Totals:  TV Room** | | | **261.10** | **2,183.20** | **13,102.34** | **76.02** | **13,026.32** |



**Bedroom 2**                                                    **Height: 8'**

| | |
|---|---|
| 365.33  SF Walls | 126.34  SF Ceiling |
| 491.67  SF Walls & Ceiling | 126.34  SF Floor |
| 14.04  SY Flooring | 45.67  LF Floor Perimeter |
| 45.67  LF Ceil. Perimeter | |

**Subroom:  Closet (1)**                                         **Height: 8'**

| | |
|---|---|
| 70.67  SF Walls | 4.79  SF Ceiling |
| 75.46  SF Walls & Ceiling | 4.79  SF Floor |
| 0.53  SY Flooring | 8.83  LF Floor Perimeter |
| 8.83  LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

EXHIBIT "A"

**CONTINUED - Bedroom 2**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **WALL ITEMS** | | | | | | | |
| 125.  Clean the walls | 436.00 SF | 0.40 | 0.31 | 34.94 | 209.65 | (0.00) | 209.65 |
| 126.  Seal the walls w/latex based stain blocker - one coat | 436.00 SF | 0.68 | 2.14 | 59.72 | 358.34 | (0.00) | 358.34 |
| 127.  Paint the walls - two coats | 436.00 SF | 1.37 | 5.80 | 120.62 | 723.74 | (0.00) | 723.74 |
| 128.  Texture drywall - smooth / skim coat | 436.00 SF | 1.10 | 3.36 | 96.60 | 579.56 | (0.00) | 579.56 |
| 129.  Door opening trim - Detach & reset | 1.00 EA | 108.03 | 0.03 | 21.60 | 129.66 | (0.00) | 129.66 |
| 130.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | 28.90 | 0.27 | 5.84 | 35.01 | (0.00) | 35.01 |
| 131.  R&R Baseboard - 4"* | 54.50 LF | 6.09 | 13.51 | 69.08 | 414.50 | (0.00) | 414.50 |
| 132.  Seal & paint baseboard - two coats | 54.50 LF | 1.40 | 0.38 | 15.34 | 92.02 | (0.00) | 92.02 |
| **FLOOR ITEMS** | | | | | | | |
| 133.  Floor protection - cloth - skid resistant, breathable | 131.13 SF | 1.01 | 4.77 | 27.44 | 164.65 | (0.00) | 164.65 |
| 134.  R&R Tile floor covering* | 131.13 SF | 11.68 | 52.50 | 316.82 | 1,900.92 | (25.26) | 1,875.66 |
| 135.  Floor leveling cement * | 131.13 SF | 2.35 | 13.13 | 64.26 | 385.55 | (0.00) | 385.55 |
| 136.  Remove Additional labor to remove tile from concrete slab | 131.13 SF | 1.71 | 0.00 | 44.84 | 269.07 | (0.00) | 269.07 |
| **GENERAL ITEMS** | | | | | | | |
| 137.  Electrician - per hour | 2.00 HR | 78.13 | 0.00 | 31.26 | 187.52 | (0.00) | 187.52 |
| Technician to remove and reinstall electrical items/components/fixtures. | | | | | | | |
| 138.  Install Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 13.08 | 0.00 | 2.62 | 15.70 | (0.00) | 15.70 |
| 139.  Clean register - heat / AC | 1.00 EA | 4.17 | 0.00 | 0.84 | 5.01 | (0.00) | 5.01 |
| 140.  On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 4.00 HR | 32.46 | 3.12 | 25.96 | 158.92 | (0.00) | 158.92 |
| 141.  Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 32.89 | 0.00 | 6.58 | 39.47 | (0.00) | 39.47 |
| **Totals:  Bedroom 2** | | | **99.32** | **944.36** | **5,669.29** | **25.26** | **5,644.03** |

| **Total:  Main Level** | | | **1,169.86** | **9,375.52** | **56,270.77** | **180.90** | **56,089.87** |

### General

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 142.  Install Sheathing - plywood - 1/2" CDX | 175.00 SF | 2.01 | 0.00 | 70.36 | 422.11 | (0.00) | 422.11 |
| To protect driveway/walkways due to dumpster placement/removal and construction operations. | | | | | | | |
| 143.  Water Mitigation - as incurred | 1.00 EA | | | | | PENDING - OPE | |
| 144.  Pack out - Both ways * | 1.00 EA | 1,500.00 | 36.00 | 300.00 | 1,836.00 | (0.00) | 1,836.00 |

**CONTINUED - General**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 145.  Cleaning Technician - incl. cleaning agent - per hour | 20.00 HR | 33.55 | 1.53 | 134.50 | 807.03 | (0.00) | 807.03 |
| 146.  Residential Supervision / Project Management - per hour | 16.00 HR | 54.78 | 0.00 | 175.30 | 1,051.78 | (0.00) | 1,051.78 |
| 147.  Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 440.00 | 0.00 | 88.00 | 528.00 | (0.00) | 528.00 |
| 148.  Engeneering plans,Insurance, permits & fees (Bid item)* | 1.00 EA | 5,500.00 | 0.00 | 1,100.00 | 6,600.00 | (0.00) | 6,600.00 |
| 149.  Demolition fixture removal for access - Per plumbing report* | 1.00 EA | 700.00 | 0.00 | 140.00 | 840.00 | (0.00) | 840.00 |
| 150.  Sewer/drain line camera w/ operator | 1.00 EA | 850.00 | 0.00 | 170.00 | 1,020.00 | (0.00) | 1,020.00 |
| 151.  Debris disposal - (Bid Item) | 1.00 EA | 650.00 | 0.00 | 130.00 | 780.00 | (0.00) | 780.00 |
| 152.  Access/trenching/backfill/rebar/re-pour - Per plumbing report* | 1.00 EA | 16,250.00 | 3.65 | 3,250.74 | 19,504.39 | (0.00) | 19,504.39 |
| 153.  Mobilization - Per plumbing report* | 1.00 EA | 1,500.00 | 368.42 | 373.68 | 2,242.10 | (0.00) | 2,242.10 |
| 154.  Labor | 1.00 EA | 1,200.00 | 34.44 | 246.88 | 1,481.32 | (0.00) | 1,481.32 |
| 155.  Materials | 1.00 EA | 350.00 | 10.05 | 72.02 | 432.07 | (0.00) | 432.07 |
| **Totals:  General** | | | **454.09** | **6,251.48** | **37,544.80** | **0.00** | **37,544.80** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 156.  Heat, vent, & air cond. labor minimum* | 1.00 EA | 159.03 | 0.00 | 31.80 | 190.83 | (0.00) | 190.83 |
| 157.  Painting labor minimum* | 1.00 EA | 112.50 | 0.00 | 22.50 | 135.00 | (0.00) | 135.00 |
| 158.  Tile floor covering labor minimum* | 1.00 EA | 60.00 | 0.00 | 12.00 | 72.00 | (0.00) | 72.00 |
| **Totals:  Labor Minimums Applied** | | | **0.00** | **66.30** | **397.83** | **0.00** | **397.83** |
| **Line Item Totals:  MEL-MCGEE-WDBU** | | | **1,623.95** | **15,693.30** | **94,213.40** | **180.90** | **94,032.50** |

EXHIBIT "A"

## Grand Total Areas:

| | | |
|---|---|---|
| 3,305.33 SF Walls | 1,316.67 SF Ceiling | 4,622.01 SF Walls and Ceiling |
| 1,316.67 SF Floor | 146.30 SY Flooring | 411.83 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 419.83 LF Ceil. Perimeter |
| | | |
| 1,316.67 Floor Area | 1,416.73 Total Area | 3,305.33 Interior Wall Area |
| 1,570.50 Exterior Wall Area | 174.50 Exterior Perimeter of Walls | |
| | | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

EXHIBIT "A"

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 76,896.15 |
| Material Sales Tax | 1,569.23 |
| | |
| Subtotal | 78,465.38 |
| Overhead | 7,846.65 |
| Profit | 7,846.65 |
| Laundering Tax | 54.72 |
| **Replacement Cost Value** | **$94,213.40** |
| Less Depreciation | (180.90) |
| **Actual Cash Value** | **$94,032.50** |
| **Net Claim** | **$94,032.50** |
| | |
| Total Recoverable Depreciation | 180.90 |
| **Net Claim if Depreciation is Recovered** | **$94,213.40** |

EXHIBIT "A"

1  2 

3  4 

5


6


7


8


EXHIBIT "A"

9 

10 

11 

12 

13 

14 

15 

16 

17


18


19


20


EXHIBIT "A"

21



22



23



24



EXHIBIT "A"

25



26



27



28



29        30

EXHIBIT "A"



Main Level



Plumbing Diagnostics
12011 SW 129th Ct
Bay 2
Miami, FL 33186
(305) 733-6622

| Job Location | 1614 Highland Ct<br>Cocoa, FL 32922 | Phone: (321) 522-2773 |
|---|---|---|
| **Customer** | **John & Denise Mchgee**<br>1614 Highland Ct<br>Cocoa, FL 32922 | Phone: (321) 522-2773<br>Cell: (954) 226-3743 |

### Evaluate plumbing overflow/backup - 6/18/2019

PDC performed a plumbing sanitary line for John and Denise Mchgee. The plumbing system is mainly cast iron with a section as the washing machine in PVC running thru the outside of the house. The cast iron sections as noted in the video and snap shots is in bad conditions. Pipes like these should be replaced so as there are no sectional repairs that would keep the pipes without failing once the process of pipe delamination as started. The vertical stack or vent stack also is compromised as the sewer gasses which are designed to go to the exterior are being discharged within the cavity of the walls.

CONCLUSION:
Due to the condition of the sanitary plumbing lines throughout the residence, it is our professional opinion that the entire cast iron sanitary plumbing system needs to
be replaced. The condition of the existing cast iron pipes is currently causing drainage problems which will persist. The existing pipes are beyond their life span and will
only continue to degrade. This is evident by the details described in the analysis above. Pipes in these conditions are beyond repair and must be replaced.

It is also our professional opinion that sectional repairs are not a feasible option due to the numerous issues mentioned and the poor condition of the cast iron pipes
throughout. Pipes in this condition will crumble/break while attempting to make proper connections. Further drainage issues will also arise if sections of the cast iron
system are left because the pipes will continue to deteriorate and are back-pitched. Tunneling is not an option as it compromises the structural integrity of the home.

Furthermore, it is extremely difficult to tunnel through coral rock and presents dangerous and hazardous working conditions for employees. Overall, replacement
through the slab is the most reasonable repair to make in order to prevent future problems. This would allow for the removal of any sewage- containment foundation
fill.

**Camera Inspection Part I**



**Camera Inspection Part II**



**Camera Inspection Part III**



**Camera Inspection Part IV**



**Camera Inspection Part V**



**Camera Inspection Part II - 00:00:31**



EXHIBIT "A"

**Camera Inspection Part II - 00:02:03**



**Camera Inspection Part II - 00:02:05**



**Camera Inspection Part IV - 00:01:41**



**Camera Inspection Part IV - 00:01:19**



**Camera Inspection Part V - 00:00:39**



| **Follow-Up** | |
|---|---|
| Reynaldo Alvarez | Estimate: |

EXHIBIT "A"

| | |
|---|---|
| *6/26/2019* | Access/trenching/backfill/re-bar/re-pour 50' @ $325.00 Lin. Ft.$16,250.00 |
| | Demolition/Fixture removal for access $700.00 |
| | Camera/Leak Detection $850.00 |
| | Debris Removal $650.00 |
| | Materials $350.00 |
| | Labor $1200.00 |
| | Engineer/plans/permits/inspections/plans expeditor $5500.00 |
| | Mobilization $1,500.00 |
| | Total: $27,000.00 |

EXHIBIT "A"