UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN MCGHEE and DENISE MCGHEE,

    Plaintiffs,

vs.

GEOVERA SPECIALTY INSURANCE COMPANY,

    Defendant.
_____/

CASE NO. 6:20-cv-464-Orl-37GJK

## **JOINT NOTICE OF SETTLEMENT**

Plaintiffs, JOHN MCGHEE and DENISE MCGHEE, and Defendant, GEOVERA SPECIALTY INSURANCE COMPANY, by and through their respective counsel, pursuant to this Court's Case Management and Scheduling Order (Doc. 24) and Local Rule 3.09(a), hereby gives notice that Plaintiffs and Defendant have reached an agreement for the resolution of this matter and are in the process of confirming the terms of the settlement and finalizing settlement documents.

Plaintiffs and Defendant respectfully request sixty (60) days to finalize the settlement documents and file the proper closing documents with the Court.

*SPACE LEFT INTENTIONALLY BLANK*

**Dated: March 1, 2021**

| | |
|---|---|
| **YOUR INSURANCE ATTORNEY, PLLC.** | **GORDON REES SCULLY MANSUKHANI LLP** |
| *s/Aristides "Kico" Diaz* | *s/Kristina L. Marsh* |
| Aristides "Kico" Diaz, Esquire | Kristina L. Marsh, Esquire |
| Florida Bar No.: 118400 | Florida Bar No. 311080 |
| Jalitza Serrano, Esquire | Chantel C. Wonder |
| Florida Bar No.: 1025700 | Florida Bar No. 0087601 |
| YIA13@Yourinsuranceattorney.com | Primary: kmarsh@grsm.com |
| Eservice@Yourinsuranceattorney.com | Primary: cwonder@grsm.com |
| 2601 South Bayshore Drive, 18th Floor | Secondary: kwarrington@grsm.com |
| Coconut Grove, FL 33133 | Secondary: kstubbs@grsm.com |
| Telephone: 1-888-570-5677 | 601 S. Harbour Island Blvd., Suite 109 |
| Facsimile: 1-888-745-5677 | Tampa, FL 33602 |
| *Attorneys for Plaintiffs* | Direct Line: 813-523-4937 |
| | Main Office Number: 813-444-9700 |
| | Facsimile: 813-377-3505 |
| | *Counsel for Defendant, GeoVera Specialty Insurance Company* |

David Garcia, Esquire
**Your Insurance Attorney, PLLC.**
250 N. Orange Ave., Suite 605
Orlando, Florida 32801
YIA13@ Yourinsuranceattorney.com
Eservice@ Yourinsuranceattorney.com
*Counsel for Plaintiffs*

                GORDON REES SCULLY MANSUKHANI

                *s/Kristina L. Marsh*
Kristina L. Marsh, Esquire
Florida Bar No.: 0311080
Chantel C. Wonder, Esquire
Florida Bar No.: 0087601
Primary: kmarsh@grsm.com
Primary: cwonder@grsm.com
Secondary: kstubbs@grsm.com
Secondary: kwarrington@grsm.com
601 S. Harbour Island Blvd., Suite 109
Tampa, FL 33602
Telephone (Main): 813-444-9700
Telephone (Direct): 813-523-4937
Facsimile: 813-377-3505
*Counsel for Defendant, GeoVera Specialty Insurance Company*