UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN MCGHEE and DENISE MCGHEE,

      Plaintiffs,

v.                            Case No: 6:20-cv-464-RBD-GJK

GEOVERA SPECIALITY INSURANCE COMPANY,

      Defendant.

## ORDER OF DISMISSAL

This cause is before the Court upon the parties' Amended Joint Notice of Settlement (Doc. 51) indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 4, 2021.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record